United States District Court

District of Massachusetts

Lii Chu

Plaintiff

v.

People's Republic of China

Defendant

Civil Action No.:

## Complaint

### Parties

1. The plaintiff Lii Chu is a resident of Wellesley, Norfolk County, Massachusetts and a citizen of the United States.

2. The defendant is the Government of People's Republic of China.

### Jurisdiction

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C.§ 1332.

### Facts

4. Defendant Chinese Government sees the following individual as potential threat:

   People whose works are environmental related,

   People with more liberal views,

   Taiwanese people who favor ties with Mainland and oppose independence,

   Women who like to control,

   Plaintiff and her husband are at the center of the categories.

5. Defendant Chinese Government has power and money to Influence international communities including the United States for mutual benefit and interest.

6. This is the beginning of Civil Right abuse and violation of the U. S. Constitutional Right by Chinese Government at the land of United States.

7. A device of electronic surveillance is installed in plaintiff's house. The functions include Voice Module, Relay Module, Long Range Radio, Wireless Bidirectional Keypad, and more.

8. Plaintiff's house has been entered and searched freely without owner's permission during day and night.

Wherefore, plaintiff demands against defendant as follows:

9. The defendant Chinese Government is obligated to purchase plaintiff's current property that is no longer safe for plaintiff and her family to stay.

10. The defendant Chinese Government should stop monitoring plaintiff and her family as well as manipulating their life.

11. For such other and further relief as the Court may deem just and proper.

12. The plaintiff demands a trial by jury.

Date 11/26/2013

Signature: _____

Name: Lii Chu

Address: 32 Bobolink Road

Wellesley, MA 02481

Telephone #: (781)4895587

E-mail Address: luchuu@gmail.com