UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lii Chu, | ) | |
| Plaintiff(s), | ) | CIVIL ACTION NO. |
| | ) | 1:13CV13035-RGS |
| v. | ) | |
| | ) | |
| People's Republic of China, | ) | |
| Defendant(s). | ) | |

## **ORDER OF DISMISSAL**

STEARNS, District Judge

  In accordance with this Court's Electronic Order entered April 14, 2014, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.  Case closed.

BY THE COURT,

/s/ Terri Seelye
Deputy Clerk

DATED: April 14, 2014